Complaint

On June 13, 2017 Core civic inc had a outbreak of the scabies. And i became infected by theme to the point my fingers was bleeding, medical Gave me 6 pill didn't tell me the name of theme or nothing come to find out Core civic inc allows females to be brought in straight from the street, into the same facility as males. They don't screen the females on sanatize theme when they come in. And there clothes are washed with ours. staff at this facility made me and other inmates sighn papers saying we don't itch and if we didn't we would go to the hole or loss of a good time. We were also locked down 3 days no shower or phones to call for help. This facility did not check every inmate for scabies so it's still going on this was dileberlly indifference on medical staff and core civic inc. noing there was a chance this could happen and failed to keep a safe enviroment for me staff workers and the court system. staff also respond to emergincies for the females then return to the same unit as males and there would be a chance of catching scabies then given theme to other staff and inmates.

and when corcivic inc didnt screen the females we all was put at risk it took for the court and the media to get invoked to even get theme to treat us. i filled out several sick calls and never seen anybody medical charbes the state and were not even being seen. so all the pain and suffering Core civic inc has caused im asking relief from Corecivic inc for the amount of $175,000 for punity, Emotional, Physical, mental Abuse

5115 harding Pl
Nash TN, 37211

Respectfully
Print Richard Mass JR
Sighn Richard mass jr.
Date 8-27-17

Richard mos Jr #456650
5115 harding pl
Nash TN, 37211

NASHVILLE TN 370
NON CENSORED MAIL
CORE CIVIC INMATE

RECEIVED
IN CLERK'S OFFICE
AUG 29 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Clerk u.s. District Court
U.S. Court House Room 800
Nash TN, 37203